IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. **04-136M-MPT** |
| ) | |
| **ARLISA ANN HOWARD** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SCHEDULING

WHEREAS, the defendant has informed the court that she intends to enter a plea of guilty to the charges pending against her in this court,

IT IS HEREBY ORDERED that the Change of Plea and Sentencing Hearing for the above defendant is scheduled for **1:00 p.m on November 3, 2005**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Dated: October 12, 2005

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
OCT 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE